# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEENAN McCLURE | ) **AMENDED JUDGMENT IN A CRIMINAL CASE***<br>) (For **Revocation** of Probation or Supervised Release) FILED<br>) U.S. DISTRICT COURT<br>) EASTERN DISTRICT ARKANSAS<br>) Case No. 4:16-cr-00104-JM-01    OCT 21 2019<br>) USM No. 30848-009<br>) JAMES W. McCORMACK, CLERK<br>) Molly Sullivan        By: _____<br>)    Defendant's Attorney            DEP CLERK |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Mandatory & Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Violation of state, federal, or local crime | 01/30/2019 |
| 2 - Mandatory | Failure to refrain from use of controlled substance | 12/18/2018 |
| 4 - Special (14) | Failure to participate in a substance abuse treatment program | 02/21/2019 |
| 5 - Special (15) | Failure to participate in mental health treatment as directed | 12/26/2018 |
| 7 - Mandatory | Violation of state, federal, or local crime | 02/15/2019 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  Numbers 3, 6, & 8  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __2037__

Defendant's Year of Birth: __1990__

City and State of Defendant's Residence:
North Little Rock, Arkansas

10/17/2019
Date of Imposition of Judgment

_____
Signature of Judge

U.S. DISTRICT JUDGE JAMES M. MOODY JR.
Name and Title of Judge

10/21/19
Date

---

*amended to correct case number

DEFENDANT: KEENAN McCLURE
CASE NUMBER: 4:16-cr-00104-JM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
  24 MONTHS with no supervised release to follow

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment.

The Court recommends the defendant be designated to FCI Forest City, AR to be close to family.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL